```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 15-01519-MDF
Randoll A Alleyne                                                 Chapter 13
Francisca Alleyne
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: REshelman           Page 1 of 1           Date Rcvd: Feb 09, 2017
                                  Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db/jdb         +Randoll A Alleyne,    Francisca Alleyne,   24 Vickilee Drive,   Wrightsville, PA 17368-9147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Abraham B. Cardenas    on behalf of Debtor Randoll A Alleyne cardenas@cardenaslawfirm.com,
               cardenas@lawyer.com
              Abraham B. Cardenas    on behalf of Joint Debtor Francisca  Alleyne cardenas@cardenaslawfirm.com,
               cardenas@lawyer.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Midland Mortgage bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Creditor   MidFirst Bank lhaller@pkh.com, dmaurer@pkh.com
              Matthew Christian Waldt    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE6, Asset-Backed Certificates Series 2006-HE6 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor   Select Portolio Servicing, Inc. as servicing
               agent for U.S. Bank, N.A., successor trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE6, Asset-Backed Certificates Series 2006-HE6 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Randoll A. Alleyne<br>    Francisca Alleyne,<br>                Debtors. | Chapter 13<br><br>Case No.: 1:15-bk-01519-MDF |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE6, Asset-Backed Certificates Series 2006-HE6,<br>                Movant,<br>vs.<br>Randoll A. Alleyne and Francisca Alleyne,<br>                Debtors/Respondents,<br>and<br>Charles J. DeHart, III,<br>                Trustee / Respondent | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE6, Asset-Backed Certificates Series 2006-HE6 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtors, Randoll A. Alleyne and Francisca Alleyne, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 24 Vickilee Dr, Wrightsville, PA 17368;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**ORDERED** that Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above captioned bankruptcy case.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Dated: February 8, 2017