```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 15-01519-RNO
Randoll A Alleyne                                             Chapter 13
Francisca Alleyne
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman        Page 1 of 2          Date Rcvd: Jun 29, 2017
                              Form ID: ordsmiss      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
```
db/jdb         +Randoll A Alleyne,    Francisca Alleyne,    24 Vickilee Drive,    Wrightsville, PA 17368-9147
4631475        +ASSETCARE INC.,    ASSETCARE INC.,    PO BOX 15379,    WILMINGTON, DE 19850-5379
4631471        +Alleyne Francisca,    24 Vickilee Drive,    Wrightsville, PA 17368-9147
4631470        +Alleyne Randoll A,    24 Vickilee Drive,    Wrightsville, PA 17368-9147
4631477         CFS,   P.O. BOX 3475,    TOLEDO, OH 43607-0475
4631472        +Cardenas Law Firm PC,    18 S George St Suite 615,    York, PA 17401-1418
4631478        +MEMORIAL HOSPITAL,    325 Belmont St,    York, PA 17403-2609
4631479         MERCY MEDICAL CENTER,    P.O. BOX 64733,    BALTIMORE, MD 21264-4733
4631480         MILLER DIPIETRO ASSOCIATES,    PO BOX 143,    LANDISVILLE, PA 17538-0143
4631481        +MILSTEAD & ASSOCIATES, LLC,    Robert W. Williams, Esquire,    1 E. Stow Road,
                 Marlton, NJ 08053, NJ 08053-3118
4672400        +Memorial Hospital of York,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
4663105        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
4631483         RANDALL EMERGENCY PHYSICIANS,    PO BOX 13130,    PHILADELPHIA, PA 19101-3130
4631484        +RMA,    1829 REISTERSTOWN RD STE.300,    BALTIMORE, MD 21208-7106
4631485        +ROBERT A. CLAYTON, M.D., PA,    2014 TOLLGATE ROAD SUITE 101,    BEL AIR, MD 21015-5906
4631486        +SELECT PORTFOLIO SERVICING INC,    P O Box 65277,    Salt Lake City, UT 84165-0277
4631487        +SINAI HOSPITAL OF BALTIMORE,INC,    4660 TRINDLE ROAD STE 300,    CAMP HILL, PA 17011-5610
4631488        +ST JOSEPH PHYSICIAN ENTERPRISE,    PO BOX 79944,    BALTIMORE, MD 21279-0944
4631489         THE BALTIMORE SUN,    P.O. BOX 1013,    BALTIMORE, MD 21203-1013
4684487         U.S. Bank, N.A., successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4631474         EDI: AFNIRECOVERY.COM Jun 29 2017 18:48:00      AFNI,    PO BOX 3427,
                 BLOOMINGTON, IL 61702-3427
4631482        +E-mail/Text: bankruptcydepartment@tsico.com Jun 29 2017 18:50:11      NCO FINANCIAL SYSTEMS, INC,
                 POBOX 15630 DEPT 12,    WILMINGTON, DE 19850-5630
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4631473        ##ACCESS RECEIVABLES MANAGEMENT,    PO BOX 9801,    TOWSON, MD 21284-9801
4631476       ##+BLOOM & ASSOCIATES, RA.,    1220A EAST JOPPA ROAD, SUITE 223,    TOWSON, MD 21286-5817
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
```
              Abraham B. Cardenas    on behalf of Joint Debtor Francisca  Alleyne cardenas@cardenaslawfirm.com,
               cardenas@lawyer.com
              Abraham B. Cardenas    on behalf of Debtor Randoll A Alleyne cardenas@cardenaslawfirm.com,
               cardenas@lawyer.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Midland Mortgage bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joshua I Goldman     on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leon P Haller     on behalf of Creditor    MidFirst Bank lhaller@pkh.com,  dmaurer@pkh.com
          Matthew Christian Waldt     on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
           Trust 2006-HE6, Asset-Backed Certificates Series 2006-HE6 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew Christian Waldt     on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Matthew Christian Waldt     on behalf of Creditor    Select Portolio Servicing, Inc. as servicing
           agent for U.S. Bank, N.A., successor trustee mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Thomas I Puleo     on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2006-HE6, Asset-Backed Certificates Series 2006-HE6 tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 12
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Randoll A Alleyne<br>Francisca Alleyne | Chapter 13 |
| | Case No. 1:15−bk−01519−RNO |
| **Debtor(s)** | |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: June 29, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: REshelman, Deputy Clerk